IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**BENJI JEROME BRANHAM,**

      **Plaintiff**

v.                                                   CASE NO. 7:12-CV-96 (HL)

**Commander KEVIN LEE, et al,**

      **Defendants**

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 24) filed January 14, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 4th day of February, 2014.

                                    *s/ Hugh Lawson*
                                    **HUGH LAWSON, Senior Judge**
                                    **United States District Court**